1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                 Plaintiff,

     v.

ZACKARY SALAS,

                 Defendant.

Case No. MJ20-293

DETENTION ORDER

Offenses charged:

     Count 1:        Conspiracy to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(c), and 846

Date of Detention Hearing: On June 3, 2020, the Court held a telephonic hearing, with the consent of Defendant Salas, due to the exigent circumstances as outlined in General Order 08-20 and Defendant Salas' current confinement in quarantine at the Federal Detention Center in Seattle, Washington due to the current COVID-19 pandemic. This detention order is without prejudice.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2.      Defendant poses a risk of nonappearance due to his criminal history, history of failures to appear, fugitive status, conviction for bail jumping, alleged commission of new offenses while on terms of supervision, and substance abuse. Defendant poses a risk of danger to the community due to the severe nature of the offense charged, specifically the alleged large-scale distribution operation involving significant quantities of a particularly dangerous controlled substance. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

3.      Taken as a whole, the record shows the presumption is rebutted, however, no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community based on the factors outlined in 18 U.S.C. § 3142.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 3rd day of June, 2020.


_____
MICHELLE L. PETERSON
United States Magistrate Judge