The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TROY KLANDER,<br>ZACKARY SALAS,<br><br>        Defendant. | No. CR20-100 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THIS MATTER having come before the Court on the stipulated motion of the parties for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1.    A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS DATES
*U.S. v. Klander, et. al.*; CR20-100 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from October 5, 2020 to February 1, 2021 and pretrial motions deadline from August 27, 2020 to December 28, 2020.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 27th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Mohammad Hamoudi*
MOHAMMAD HAMOUDI
Assistant Federal Public Defender
Attorney for Mr. Klander


s/ *Zachary Jarvis*
ZACHARY JARVIS
Attorney for Mr. Salas


s/ *Seungjae Lee*
SEUNGJAE LEE
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES
*U.S. v. Klander, et. al.*; CR20-100 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970