UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY KLANDER,<br>ZACKARY SALAS,<br><br>Defendant. | NO. CR20-100 RSL<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property:

1. One 1967 Chevrolet Camaro Super Sport, VIN # 124377N180537, seized on or about May 28, 2020 at 4731 East Oregon Street, Bellingham, Washington, from Defendant ZACKARY SALAS;

2. One Eastern Arms Company Single Barrel Shotgun, with no serial number, seized on or about May 28, 2020 from Defendant ZACKARY SALAS's residence in Bellingham, Washington;

3. $55,285 in U.S. Currency, seized on or about May 28, 2020 from Defendant ZACKARY SALAS's residence in Bellingham, Washington;

Protective Order to Restrain Forfeitable Property - 1
*United States v. Klander, et al.,* CR20-100 RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. $1,055 in U.S. Currency, seized on or about May 28, from Defendant ZACKARY SALAS's residence in Bellingham, Washington; and,

5. $540 in U.S. Currency, seized on or about May 28, 2020 from Defendant ZACKARY SALAS in Bellingham, Washington.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Drug Enforcement Administration ("DEA") Task Force Office ("TFO") Christopher L. VandenBos, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment (Dkt. No. 30) and the Forfeiture Bill of Particulars (Dkt. No. 46);
- Based on the facts set forth in TFO VandenBos's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this __8th__ day of ____December____, 2020.

_MrS Lasnik_
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Protective Order to Restrain Forfeitable Property - 2
*United States v. Klander, et al.,* CR20-100 RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

  /s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Protective Order to Restrain Forfeitable Property - 3
*United States v. Klander, et al.,* CR20-100 RSL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970