The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACKARY D. SALAS,<br><br>Defendant. | No. CR20-100-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. $1,055 in U.S. Currency, seized on or about May 28, 2020 from Defendant Zackary Salas's residence in Bellingham, Washington; and,

2. $540 in U.S. Currency, seized on or about May 28, 2020 from Defendant Zackary Salas in Bellingham, Washington.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the Plea Agreement that Defendant Salas entered on May 5, 2021, the Defendant agreed to forfeit his interest, pursuant to 21 U.S.C. § 853, in all proceeds he obtained from Conspiracy to Distribute Controlled Substances,

Final Order of Forfeiture - 1
*United States v. Zackary D. Salas*, CR20-100-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 – including the Subject Property. *Id.*, ¶ 12.

- On August 25, 2021, the Court entered a Preliminary Order of Forfeiture, finding all of the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it. Dkt. No. 88;

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 95), and also provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A – E); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this  15th  day of  July , 2022.

*signature*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Zackary D. Salas*, CR20-100-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2
3  *s/ Krista K. Bush*
   KRISTA K. BUSH
4  Assistant United States Attorney
   United States Attorney's Office
5  700 Stewart St., Suite 5220
6  Seattle, WA 98101
   (206) 553-2242
7  Krista.Bush@usdoj.gov
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Final Order of Forfeiture - 3
*United States v. Zackary D. Salas*, CR20-100-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970